IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LENELLE GRAY, :
   Petitioner :
: No. 1:20-cv-00035
v. :
: (Judge Kane)
WARDEN BRADLEY, :
   Respondent :

## ORDER

**AND NOW**, on this 28th day of February 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Because the Court lacks jurisdiction over Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), the Clerk of Court is directed to **TRANSFER** the above-captioned case to the United States District Court for the Northern District of Ohio for Petitioner's § 2241 petition to be treated as a motion to vacate pursuant to 28 U.S.C. § 2255; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                   s/ Yvette Kane
                                                   Yvette Kane, District Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania